## CORPORATIONS.

[Hamilton (1st) Circuit Court, June 27, 1908.]

OHIO HUMANE SOCIETY v. WILLIAM C. BILES.

INSPECTION OF BOOKS BY STOCKHOLDERS OF CORPORATION NOT FOR PROFIT.

Section 3254 Rev. Stat. providing that the books and records of corporations shall be open to the inspection of stockholders at all reasonable times, has no reference to corporations not for profit.

**E. B. Gregg,** for plaintiff in error.

**P. M. Pogue,** for defendant in error.

**SMITH, J.**

We are of opinion that Sec. 3254 Rev. Stat. wherein it is provided that "the books and records of such corporation shall at all reasonable times be open to the inspection of every stockholder," has reference to corporations organized solely for profit. It speaks of "stockholders," "certificates of paid up stock," the "assignment" and "transfer of certificates of stock." This section therefore has in contemplation property rights, while in corporations "not for profit" there is no stock and no property right of a member is involved.

The statutes relating to the establishment of the Ohio Humane Society are contained in Secs. 3714 to 3725-2, and not being a corporation for profit it cannot come under Sec. 3254, and for this reason also we do not think the case of *Cincinnati Volksblatt Co.* v. *Hoffmeister*, 62 Ohio St. 189 [56 N. E. Rep. 1033; 48 L. R. A. 732; 78 Am. St. Rep. 707], is applicable to the present one.

While upon the face of the petition perhaps a demurrer would not lie, the answer sets up a good defense and it was error to refuse to allow the same to be filed.

Judgment reversed.

**Swing** and **Giffen, JJ.,** concur.